UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Gerard Vickers

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 mj -CR- 7557 ) ( )

Defendant **Gerard Vickers** _____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

__X__ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

____ Conference Before a Judicial Officer

s/ Gerard Vickers by the Court with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Gerard Vickers**
_____
Print Defendant's Name

*Marisa K. Cabrera*
_____
Defendant's Counsel's Signature

**Marisa K. Cabrera**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

July 22, 2020
_____
Date

[signature]
_____
U.S. District Judge/U.S. Magistrate Judge